Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | |
|---|---|
| **GATES SISK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case Number: 20-4109 |
| ) | |
| **BRAD ABERNATHY and** ) | |
| **LOUIS GLOSSIP,** ) | |
| ) | |
| **Defendants.** ) | |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff, Gates Sisk's, action against Defendants Brad Abernathy and Louis Glossip, is dismissed; Plaintiff shall recover nothing on his claims against each of the named Defendants.

**Dated:**   12/7/2020

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court